1  Robert Jacobs (SBN 116,767)
   (rjacobs@bjtlaw.com)
2  Mark B. Mizrahi (SBN 179,384)
   (mmizrahi@bjtlaw.com)
3  Don H. Min (SBN 221,905)
   (dmin@bjtlaw.com)
4  BELASCO JACOBS & TOWNSLEY, LLP
   HOWARD HUGHES CENTER
5  6100 Center Drive, Suite 630
   Los Angeles, California 90045
6  Telephone: (310) 743-1188
   Facsimile: (310) 743-1189
7  Attorneys for Defendants
   GENX CLOTHING, INC., a
8  California corporation, GENX CLOTHING,
   CORP., a Washington corporation and
9  CHRIS S. OH, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVEN FOR ALL MANKIND, LLC, a Delaware limited liability corporation<br><br>Plaintiff,<br><br>v.<br><br>GENX CLOTHING, INC., a California corporation; GEN X CLOTHING, CORP., a Washington corporation; CHRIS S. OH, an individual; YOUNG SANG KIM, an individual; GARY OH, an individual; and DOES 1-10, Inclusive<br><br>Defendants. | CASE NO.: CV 05-5563 GAF(RZx)<br><br>*Assigned to the Hon. Gary A. Feess*<br><br>[PROPOSED] **ORDER AND STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>**Current Conference Date**<br><br>Date: December 19, 2005<br>Time: 1:30 p.m.<br><br>**Proposed New Conference Date**<br><br>Date: January 9, 2006<br>Time: 1:30 p.m. |

**WHEREAS**, by way of the Court's Order dated November 4, 2005, the Court set the Rule 26(f) Conference for December 19, 2005 at 1:30 p.m.;

**WHEREAS**, one of the lead trial attorneys for defendants has a calendar conflict requiring him to attend a hearing in another district on December 19, 2005;

1  **WHEREAS**, the other lead attorney for defendants will be out of state on December 19, 2005;

3  **WHEREAS**, the Court will be closed in observance of Christmas and New Year's Day on December 26, 2005 and January 2, 2006, respectively; and

6  **THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, and subject to the approval of this Honorable Court, that the Rule 26(f) Conference previously set for December 19, 2005 at 1:30 p.m. be continued to January 9, 2005 at 1:30 p.m. and that the parties' deadline for filing a Joint Report Re Scheduling Conference be continued to December 30, 2005.

Respectfully Submitted,

Dated: December 5, 2005       BELASCO JACOBS & TOWNSLEY, LLP

By: _____
    Robert Jacobs
    Mark B. Mizrahi
    Don H. Min

Attorneys for Defendants,
GENX CLOTHING, INC., a California corporation,
GENX CLOTHING, CORP., a Washington corporation and CHRIS S. OH, an individual

Dated: December _, 2005       ALSCHULER GROSSMAN STEIN & KAHAN LLP

By: _____
    Michael R. Heimbold
    Andrew F. Kim
    Dylan R. Ruga

Attorneys for Plaintiff
SEVEN FOR ALL MANKIND, LLC
a Delaware limited liability corporation

1     **WHEREAS**, the other lead attorney for defendants will be out of state on
2 December 19, 2005;

3     **WHEREAS**, the Court will be closed in observance of Christmas and New
4 Year's Day on December 26, 2005 and January 2, 2006, respectively; and

6     **THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties,
7 through their respective counsel, and subject to the approval of this Honorable Court,
8 that the Rule 26(f) Conference previously set for December 19, 2005 at 1:30 p.m. be
9 continued to January 9, 2005 at 1:30 p.m. and that the parties' deadline for filing a
10 Joint Report Re Scheduling Conference be continued to December 30, 2005.

Respectfully Submitted,

Dated: December __, 2005      BELASCO JACOBS & TOWNSLEY, LLP

By: _____
    Robert Jacobs
    Mark B. Mizrahi
    Don H. Min

Attorneys for Defendants,
GENX CLOTHING, INC., a California corporation,
GENX CLOTHING, CORP., a Washington
corporation and CHRIS S. OH, an individual

Dated: December __, 2005      ALSCHULER GROSSMAN STEIN & KAHAN LLP

By: _____
    Michael R. Heimbold
    Andrew F. Kim
    Dylan R. Ruga

Attorneys for Plaintiff
SEVEN FOR ALL MANKIND, LLC
a Delaware limited liability corporation

## **ORDER**

1. IT IS HEREBY ORDERED THAT based on the good cause shown, the Rule 26(f) Conference previously set for December 19, 2005 at 1:30 p.m. shall be continued to January 9, 2005 at 1:30 p.m. and that the parties' deadlines to file their Joint Report Re Scheduling Conference shall be continued from December 12, 2005 to December 30, 2005.

Dated: December 5, 2005

_____
United States District Judge

-3-

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the instant action. My business address is 6100 Center Drive, Suite 630, Los Angeles, California 90045.

On December 5, 2005, I served the following document described as **[PROPOSED] ORDER AND STIPULATION TO CONTINUE SCHEDULING CONFERENCE** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) and/or package(s) addressed as follows:

Michael R. Heimbold, Esq.  
Andrew Kim, Esq.  
Alschuler Grossman Stein & Kahan LLP  
The Water Garden  
1620 26th Street, Fourth Floor, North Tower  
Santa Monica, California 90404-4060  
Telephone: (310) 907-1000  
Facsimile: (310) 90-2000  

Attorneys for Plaintiff  
**SEVEN FOR ALL MANKIND**

[X] **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California as first class mail.

[ ] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I served said document to be transmitted by facsimile to the above addressee(s) at the above-listed facsimile number(s). The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

[ ] **BY OVERNIGHT COURIER:** I served such envelope or package to be delivered on the same day by UNIVERSAL COURIER or driver authorized by UNIVERSAL COURIER to receive documents upon the above addressee(s).

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the above addressee(s).

I declare that I am employed in the office of a member of the bar of this Court at whose direction such service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2005, at Los Angeles, California.

_____  
Patricia Anne McNulty